IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| RICARDO VARGAS | § | |
| V. | § | CIVIL ACTION NO. 9:05CV108 |
| DAVID L. STACKS, ET AL. | § | |

ORDER ADMINISTRATIVELY CLOSING

 Came on for consideration the above-referenced civil action, this Court having heretofore ordered that this matter be referred to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore,

 **ORDERED** that the above-styled case shall be and is hereby **ADMINISTRATIVELY CLOSED** for administrative and statistical purposes until such time as the Defendant Dr. Betty Williams has returned from military service. It is further

**ORDERED** that the Attorney General is hereby directed that should information be received that Dr. Williams has returned from military service, the Attorney General shall forthwith notify the Court of this fact and shall file an answer on Dr. Williams' behalf, or notify the Court that consent for representation has not been given.

So **ORDERED** and **SIGNED** this **3** day of **March, 2006.**

_____
Ron Clark, United States District Judge